**Order entered August 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01002-CV

### IN RE EDUARDO TORRES-MEDINA, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54782-2012**

## ORDER

Based on the Court's order of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/    JIM MOSELEY
        JUSTICE